UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALBERT GENE JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-05-223 |
| | § | |
| MARCUS D FORD, *et al*, | § | |
| | § | |
| Defendant. | § | |

# ORDER STRIKING PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

On August 10, 2005, plaintiff filed a document titled "Plaintiff's First Request for Production of Documents" (D.E. ).  The Local Rules for the Southern District of Texas provide that discovery and discovery requests are not filed with the court.  LR5.5.  Accordingly, the Clerk shall strike the pleading from the record.

Plaintiff may send his discovery requests directly to counsel for the defendants.  If the requests are not answered within thirty days, plaintiff may then file a motion for an order to compel discovery.  Fed. R. Civ. P. 33(a).

ORDERED this 17th day of August, 2005.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE