IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ALBERT GENE JOHNSON** | § | |
| **V.** | § | CA C-05-223 |
| **SGT MARCUS D. FORD, ET AL.** | § | |

### ORDER CERTIFYING THE ISSUE OF EXHAUSTION OF ADMINISTRATIVE REMEDIES FOR INTERLOCUTORY APPEAL

Pending is defendants' motion to certify the issue of exhaustion of administrative remedies for interlocutory appeal (D.E. 47). Plaintiff's exhaustion of his administrative remedies under 42 U.S.C. § 1997e is a controlling question of law with a substantial ground for difference of opinion and an immediate appeal may materially advance the ultimate termination of this litigation. 28 U.S.C. § 1292(b). The motion is granted.

The issue of exhaustion of administrative remedies under 42 U.S.C. § 1997e is certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

ORDERED this 17th day of May, 2006.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE